30 A.3d 1098

**Howard GIBSON, Petitioner**

v.

**Michael WENEROWICZ, Respondent.**

**No. 51 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 7, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

30 A.3d 1099

**Darryl COOK, Petitioner**

v.

**PROTHONOTARY OF COURT OF COMMON PLEAS
and Court of Common Pleas, Respondents.**

**No. 48 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 7, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**